```
FILED
CLERK, U.S. DISTRICT COURT

Feb 22, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALL GREEN ELECTRIC, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-09828 SVW (KSx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND CASE TO SUPERIOR COURT OF LOS ANGELES COUNTY<br><br>Judge: Hon. Stephen V. Wilson<br><br>Trial Date: None Set |

PURSUANT TO STIPULATION, IT IS ORDERED that this action be remanded to the Superior Court of California in and for the County of Los Angeles.

DATED: February 22, 2016

_____
Hon. Stephen V. Wilson
United States District Court Judge

4829-7825-8222.1